IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PATTERSON-UTI DRILLING COMPANY, LLC** § § § | | CIVIL ACTION No. 09-654-FB |
| APPELLANT, § § | | (On Appeal from the United States Bankruptcy Court for the Western |
| vs. § § | | District of Texas, Case No. 09-51807-rbk) |
| **TXCO RESOURCES INC., et al.** § § | | |
| APPELLEES § | | |

**ORAL ARGUMENT REQUESTED**

Patterson-UTI Drilling Company, LLC respectfully request the Court to hold oral arguments regarding this appeal prior to the time for confirmation of the Debtor's Plan of Reorganization. Equity requires that the Appellant be heard before it is deprived of its day in court by a Plan of Reorganization which would render the relief sought herein moot. The issue to be resolved by the Court in this appeal is neither complex nor novel.

By: /s/ Pamela Gale Johnson
Pamela Gale Johnson
State Bar No. 10777700
Doug D'Arche
State Bar No. 00739582
1000 Louisiana, Suite 2000
Houston, Texas 77002
(713) 751-1600
(713) 751-1717 (Fax)
pjohnson@bakerlaw.com

ATTORNEYS FOR PATTERSON-UTI
DRILLING COMPANY, LLC